

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| THOMAS ENRICO DEFELICE, | Case No. 2:24-cv-00850-AH-AJR |
|---|---|
| Petitioner, | |
| v. | **ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |
| CHANCE ANDES, Warden,[1] | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing objections has passed and the Court has not received any objections. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that Judgment be entered DENYING the Petition on the merits and DISMISSING THIS ACTION WITH PREJUDICE.

---

[1] Chance Andes is the Warden of San Quentin Rehabilitation Center, where Petitioner is currently incarcerated. "[T]he default rule is that the proper respondent is the warden of the facility where the prisoner is being held." Rumsfeld v. Padilla, 542 U.S. 426, 435 (2005). Accordingly, Warden Chance Andes is substituted in as the Respondent in this action pursuant to Federal Rule of Civil Procedure 25(d).

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Petitioner at Petitioner's current address of record, as well as all parties who have appeared in the action.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:  MAY 1, 2026

_____
HON. ANNE HWANG
UNITED STATES DISTRICT JUDGE

2