JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS ENRICO DEFELICE, | Case No. 2:24-cv-00850-AH-AJR |
| Petitioner, | |
| v. | **JUDGMENT** |
| CHANCE ANDES, Warden[1], | |
| Respondent. | |

---

[1] Chance Andes is the Warden of San Quentin Rehabilitation Center, where Petitioner is currently incarcerated. "[T]he default rule is that the proper respondent is the warden of the facility where the prisoner is being held." Rumsfeld v. Padilla, 542 U.S. 426, 435 (2005). Accordingly, Warden Chance Andes is substituted in as the Respondent in this action pursuant to Federal Rule of Civil Procedure 25(d).

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED:  MAY 1, 2026

_____
HON. ANNE HWANG
UNITED STATES DISTRICT JUDGE

2